

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00412-CR

**EX PARTE KEVIN OWENS,**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1906
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

On June 18, 2021, Appellant filed a pretrial application for writ of habeas corpus in the trial court. His application argued that the stalking charges against him are unconstitutional. His notice of appeal refers to the trial court's "denial of Writ of Habeas Corpus."

The clerk's record does not contain a signed, appealable order. *But see State v. Wachtendorf*, 475 S.W.3d 895, 904 (Tex. Crim. App. 2015) ("[T]he trial court's oral pronouncements on the record do not constitute appealable orders."). Furthermore, a trial court must certify a defendant's right to appeal if he has the right to appeal, which has not occurred in this case. *Contra* TEX. R. APP. P. 25.2(a)(2).

We ORDER Appellant to show cause in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.

If Appellant does not show cause in writing as ordered, this appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court